# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1703

_____

United States of America,      *
     *
        Appellee,      *
     *    Appeal from the United States
    v.      *    District Court for the
     *    Eastern District of Arkansas.
Kevin Dewayne Mills,      *
     *       [UNPUBLISHED]
        Appellant.      *

_____

Submitted: September 14, 1999
Filed: September 24, 1999

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and
BOGUE,[1] District Judge.

_____

PER CURIAM.

Kevin Dewayne Mills was tried by jury in the District Court[2] and convicted on one count of conspiracy to distribute approximately fifty ounces of cocaine base and on one count of distribution of approximately one ounce of cocaine base. On appeal,

___

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas.

Mills argues that the District Court erred in allowing the government (1) to introduce evidence that Mills had failed to contest the civil administrative forfeiture of $8,880 seized as a result of the execution of a search warrant and (2) to comment on that evidence in closing argument. According to Mills, this evidence and comment violated his constitutional right to remain silent.

Because at trial Mills did not object to the admission of the evidence in question on the constitutional ground now asserted and made no contemporaneous objection to the government's comment on the evidence, Mills has failed to preserve the issue for appeal. Accordingly, we review only for plain error.

Having carefully considered the case, we conclude that the error, if any (a question that we need not and do not decide), certainly was not plain error. Accordingly, the conviction is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.